ATTORNEY GRIEVANCE
COMMISSION

v.

SUSAN WERNER SCOFIELD

\*     IN THE

\*     SUPREME COURT

\*     OF MARYLAND

\*     AG No. 62

\*     September Term, 2025

## ORDER

Upon consideration of the parties' joint petition to disbar Respondent Susan Werner Scofield from the practice of law in the State of Maryland, in which the Respondent agrees that her conduct, as described in the petition, violated Maryland Attorneys' Rules of Professional Conduct 19-301.1, 19-301.3, 19-301.4, 19-301.5, 19-301.15, 19-301.16(d), 19-303.2, and 19-308.4 (a), (c), and (d); it is this 27th day of May 2026, by the Supreme Court of Maryland,

ORDERED that the joint petition is granted and, effective immediately, Respondent, Susan Werner Scofield, is disbarred; and it is further

ORDERED that the Clerk of this Court shall provide notice of this Order in accordance with Maryland Rule 19-761.



     /s/ Matthew J. Fader
          Chief Justice

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk